# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24276-GLT |
| Denise A. Warnick, | ) | |
| | ) | Chapter 13 |
| Debtor. | ) | |
| Denise A. Warnick, | ) | |
| | ) | Related to Document No. |
| Movant, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: |
| | ) | |
| Select Portfolio Servicing, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Order Setting Status Conference on the following parties at the addresses listed below via electronic mail and/or first-class mail postage prepaid:

Select Portfolio Servicing
PO Box 65250
Salt Lake City, UT 65250

James C. Warnbrodt, Esquire
KML Law Group
701 Market Street, Ste. 5000
Philadelphia, PA 19106
*jwarmbrodt@kmllawgroup.com*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: May 22, 2019                By:    /s/Amy L. Zema
                                         Amy L. Zema, Esquire
                                         PA ID 74701
                                         2366 Golden Mile Hwy., #155
                                         Pittsburgh, PA 15239
                                         (412) 744-4450
                                         amy@zemalawoffice.com