Case 18-24276-GLT    Doc 34    Filed 05/22/19    Entered 05/23/19 00:51:12    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
5/20/19 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 18-24276-GLT |
| | Chapter 13 |
| DENISE A. WARNICK | |
| Debtor. | Related Dkt. No. 31 |
| | |
| DENISE A. WARNICK | |
| Movants, | |
| v. | |
| SELECT PORTFOLIO SERVICING, | |
| Respondents. | |

## ORDER SETTING STATUS CONFERENCE

This matter came before the Court upon the *Motion to Extend Loss Mitigation* [Dkt. No. 31] filed by the Debtor. Upon review of the Portal History attached to the *Motion*, the Court notes that on February 4, 2019, Select Portfolio Servicing indicated that no further documents were required at that time to complete the review. On February 21, 2019, Select Portfolio Servicing further indicated that a decision would likely be rendered within 30-45 days. Now that over 90 days have elapsed since the debtor initially submitted her documents, it appears the lender is no closer to reaching a decision. Therefore, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1) A status conference will be held on **June 5, 2019** at **11:00 a.m.** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 to assess the impediments that are preventing this matter from reaching a resolution.

2) An officer, designated representative of Select Portfolio Servicing or its counsel possessing knowledge of the case shall ***personally appear*** at the status conference.

3) ***On or before May 29, 2019***, Select Portfolio Servicing shall file a status report to address any progress (or lack thereof) in its efforts to reach a decision on the Debtor's loan modification application.

4) Debtor's Counsel shall serve a copy of this Order on Select Portfolio Servicing and/or its counsel, and file a certificate of service within two (2) business days.

Dated: May 20, 2019

_____
GREGORY TADDONIO
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor
Amy Zema, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Denise A. Warnick  
    Debtor

Case No. 18-24276-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lfin    Page 1 of 1    Date Rcvd: May 20, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2019.  
db       Denise A. Warnick,    164 Casey Drive,    New Salem, PA 15468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2019 at the address(es) listed below:  
         Amy L. Zema    on behalf of Debtor Denise A. Warnick amy@zemalawoffice.com  
         James Warmbrodt    on behalf of Creditor    SELECT PORTFOLIO SERVICING as servicer for U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes, Series 2016-2 bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                   TOTAL: 4