Currently Viewing

Borrower Name: Warn ck, Den se
Property Address: 164 Casey Dr ve New Sa em, PA 15468
Serv cer Name: Se ect Portfo o Serv c ng
Loan Number: ███████

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 01/20/2019 11:48:42 AM E | Attorney | F e Subm tted |

F e Subm tted by Amy Zema
he fo ow ng documents were subm tted:

| | |
|---|---|
| Warn ck (Loan # ██████ ) | Borrower Author zat on (Added 01 20 2019) |
| Warn ck (Loan # ██████ ) | HAMP Request for Mortgage Ass stance (RMA) (Added 01 20 2019) |
| Warn ck (Loan ██████ | Un form Borrower Ass stance Form (Added 01 20 2019) |
| Warn ck (Loan ██████ | Mortgage Ass stance App cat on Form 710 (Added 01 20 2019) |
| Warn ck (Loan ██████ | F nanc a Statement (Added 01 20 2019) |
| Warn ck (Loan ██████ | Hardsh p Letter (Added 01 20 2019) |
| Warn ck (Loan ██████ | RS Form 4506 (Borrower) (Added 01 20 2019) |
| Warn ck (Loan # ██████ | RS Form 4506 (Co Borrower) (Added 01 20 2019) |
| Warn ck (Loan # ██████ | Dodd Frank Cert f cat on (Added 01 20 2019) |
| Warn ck (Loan # ██████ | Government Mon tor ng Data (Added 01 20 2019) |
| Warn ck (Loan ██████ | SPS Request for Mortgage Ass stance (Added 01 20 2019) |
| Warn ck (Loan ██████ | Borrower ncome (Wages) Most recent 2 pay stubs (Added 01 20 2019) |
| Warn ck (Loan # ██████ | Soc a Secur ty ncome Proof of payment (Added 01 20 2019) |
| Warn ck (Loan ██████ | Most Recent 2 Months Bank Statements (Added 01 20 2019) |
| Warn ck (Loan ██████ | Most Recent 2 ax Returns (Added 01 20 2019) |
| Warn ck (Loan ██████ | Proof of Occupancy (Added 01 20 2019) |
| Warn ck (Loan ██████ | Rece v ng no rent e (Added 01 20 2019) |
| Warn ck (Loan ██████ | Loss M t gat on Order (Added 01 20 2019) |

| Date | Activity By | Action Taken |
|---|---|---|
| 01/22/2019 11:49:20 AM E | Serv cer | F e Opened |

F e Opened by Pau ne Kunz

| Date | Activity By | Action Taken |
|---|---|---|
| 01/22/2019 11:49:53 AM E | Serv cer | Message Sent |

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
have subm tted the documentat on for rev ew
hank you,
Pau ne Kunz
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|---|---|---|
| 01/24/2019 12:35:55 PM E | Serv cer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
P ease prov de the requ red documentat on n a t me y manner as requ red by the DMM porta
Pau ne Kunz
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

**Rece ved Request for Mortgage Ass stance (RMA) n wh ch sect on #2 no box s checked wh ch s not acceptab e  Need comp ete
updated vers on RMA w th appropr ate check box checked, s gn and date (not o der than 90 days)

**Attached Files:**
Warn ck ███████████ )  RMA 2 page pdf (Added 01 24 2019)

---

| 01/27/2019 04:05:32 PM E | Attorney | Message Sent |
|---|---|---|

**From:** Amy Zema (Borrower Attorney)
**Subject:** RE: Loss M t gat on Rev ew
**Message:**
Attached

**Attached Files:**
Warn ck ███████████ )  sps rma Update 1 (Added 01 27 2019)

---

| 01/30/2019 10:51:02 AM E | Serv cer | Docs ncomp ete Not ce |
|---|---|---|

**File Rejected by:** Ken Hampton
**Reason:** ncomp ete Package
**Due Date:** 02 06 2019
**Message:**

- **HAMP Request for Mortgage Assistance (RMA):** Rece ved RMA n wh ch sect on #2 none of the check box s checked  We need
  comp ete new vers on of RMA w th appropr ate check box checked, s gn and date (not o der than 90 days)

Warn ck ███████████ )  RMA 2 page pdf (Added 01 30 2019)

---

| 01/30/2019 10:53:51 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Ken Hampton (Serv cer)
**Subject:** RE: Loss M t gat on Rev ew
**Message:**
He o,

 have subm tted the documentat on you prov ded for rev ew

 hank you,

Ken Hampton

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| **01/30/2019 12:53:20 PM E** | Attorney | F e Resubm tted |

Amy Zema resubm tted f e for rev ew:
**Reason:** Comp eted Package
**Message:** sps rma
**Attached Files:**
Warn ck ▓▓▓▓▓▓▓▓ ) sps rma Update 2 (Added 01 30 2019)

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| **02/04/2019 10:04:30 AM E** | Serv cer | F e Opened |

F e Opened by Pau ne Kunz

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| **02/04/2019 10:05:23 AM E** | Serv cer | Docs Comp ete Not ce |

**File Completed by:** Pau ne Kunz
**Message:**
He o, hank you for subm tt ng the requested documents At th s t me, we are not request ng any further documents; however, f add t ona documents are requ red fo ow ng further rev ew on the f e, we w not fy you t me y of those requests hank you, Pau ne Kunz Bankruptcy Spec a st Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| **02/06/2019 01:39:16 PM E** | Serv cer | Message Sent |

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st rev ew ng at th s t me, f you have any quest ons, p ease do not hes tate to ask We w cont nue to update the porta w th deta s and the status of the rev ew

hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|------|-------------|--------------|
| **02/08/2019 10:55:55 AM E** | Serv cer | Message Sent |

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We w cont nue to mon tor the account and prov de updates through the DMM porta as they become ava ab e f you have any add t ona quest ons don t hes tate to ask

hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|---|---|---|
| 02/12/2019 03:47:11 PM E | Serv cer | Message Sent |

**From:** Ken Hampton (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

here s no update at th s t me

hank you,

Ken Hampton

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|---|---|---|
| 02/14/2019 10:21:28 AM E | Serv cer | Message Sent |

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
We are st rev ew ng at th s t me, f you have any quest ons, p ease do not hes tate to ask We w cont nue to update the porta w th
deta s and the status of the rev ew
hank you,
Pau ne Kunz
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|---|---|---|
| 02/21/2019 06:57:53 PM E | Serv cer | Message Sent |

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We ant c pate hav ng a dec s on on the rev ew w th n 30 45 days f you have any quest ons, p ease do not hes tate to ask We w
cont nue to update the porta w th any deta s and the status of the rev ew

hank you

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

**Attached Files:**
Warn ck█████████ ) ███████ (Added 02 21 2019)

| Date | Activity By | Action Taken |
|---|---|---|
| 02/25/2019 12:45:48 PM E | Serv cer | Message Sent |

| Date | Activity By | Action Taken |
|------|-------------|--------------|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st  rev ew ng at th s t me,  f you have any quest ons, p ease do not hes tate to ask  We w  cont nue to update the porta  w th deta  s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 02/27/2019 11:09:42 AM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Pau  ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We w  cont nue to mon tor the account and prov de updates through the DMM porta  as they become ava  ab e  f you have any add t ona  quest ons don t hes tate to ask

 hank you,

Pau  ne Kunz

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 02/27/2019 01:37:04 PM E | Attorney | Message Sent |
|------|-------------|--------------|

**From:** Amy Zema (Borrower Attorney)
**Subject:** RE: Loss M t gat on Rev ew
**Message:**
 hank you for the updates

| 03/01/2019 02:20:34 PM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Pau  ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:** He o,  here s no update at th s t me   hank you, Pau  ne Kunz Bankruptcy Spec a  st Se ect Portfo  o Serv c ng,  nc

| 03/05/2019 02:09:59 PM E | Serv cer | Message Sent |
|------|-------------|--------------|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

here s no update at th s t me

hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

---

| 03/07/2019 03:20:14 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
We w cont nue to mon tor the account and prov de updates through the DMM porta as they become ava ab e f you have any
add t ona quest ons don t hes tate to ask
hank you,
Er ca Haro
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

---

| 03/11/2019 12:23:59 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

P ease a ow add t ona t me to comp ete rev ew

We w cont nue to update the porta w th any deta s and the status of the rev ew

hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

---

| 03/13/2019 02:16:59 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

here s no update at th s t me

hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| Date | Activity By | Action Taken |
|---|---|---|

| 03/15/2019 12:33:50 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We w  cont nue to mon tor the account and prov de updates through the DMM porta  as they become ava ab e  f you have any
add t ona  quest ons don t hes tate to ask

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| 03/19/2019 12:13:30 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

P ease a ow add t ona  t me to comp ete rev ew  We w   update porta  ust as soon as we get updates from our underwr ters  P ease
 et us know  f there are any quest ons

 hank you

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| 03/21/2019 10:28:51 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

 here s no update at th s t me

 hank you,

Pau ne Kunz

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| 03/25/2019 02:40:26 PM E | Serv cer | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|------|-------------|--------------|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
  he broker s pr ce op n on (BPO) s st  pend ng  t has not been rece ved by SPS
As soon as t s rece ved, rev ew w  cont nue
  hank you,
Pau ne Kunz
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

| 03/27/2019 10:10:41 AM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

  here s no update at th s t me

  hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| 03/29/2019 11:04:20 AM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,
  he broker s pr ce op n on (BPO) has not yet been rece ved by SPS
As soon as t s rece ved, rev ew w  cont nue
  hank you,
Pau ne Kunz
Bankruptcy Spec a st
Se ect Portfo o Serv c ng, nc

| 04/02/2019 10:59:26 AM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

P ease a ow add t ona t me to comp ete rev ew  We w  update the porta  ust as soon as we hear back from our underwr ters

  hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| 04/04/2019 10:20:30 AM E | Serv cer | Message Sent |
|------|-------------|--------------|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

here s no update at th s t me

hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| 04/08/2019 11:23:31 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st rev ew ng at th s t me, f you have any quest ons, p ease do not hes tate to ask We w cont nue to update the porta w th deta s and the status of the rev ew

hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| 04/10/2019 01:08:25 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

P ease a ow add t ona t me to comp ete rev ew We w update the porta ust as soon as we hear back from our underwr ters

hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

| 04/12/2019 03:20:59 PM E | Serv cer | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|------|-------------|--------------|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st  rev ew ng at th s t me,  f you have any quest ons, p ease do not hes tate to ask  We w   cont nue to update the porta  w th
deta  s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 04/16/2019 04:09:24 PM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We ant c pate hav ng a dec s on on the rev ew here short y  f you have any quest ons, p ease do not hes tate to ask  We w   cont nue
to update the porta  w th any deta  s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

**Attached Files:**
Warn ck███████████████████ pdf (Added 04 16 2019)

| 04/18/2019 12:02:48 PM E | Serv cer | Message Sent |
|------|-------------|--------------|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st  rev ew ng at th s t me,  f you have any quest ons, p ease do not hes tate to ask  We w   cont nue to update the porta  w th
deta  s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 04/22/2019 05:00:06 PM E | Serv cer | Message Sent |
|------|-------------|--------------|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Pau ne Kunz (Serv cer)

**Subject:** Loss M t gat on Rev ew

**Message:**

He o,

We w  cont nue to mon tor the account and prov de updates through the DMM porta  as they become ava ab e  f you have any add t ona  quest ons don t hes tate to ask

 hank you,

Pau ne Kunz

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| Date | Activity By | Action Taken |
|---|---|---|
| 04/25/2019 04:14:27 PM E | Serv cer | Message Sent |

**From:** Ken Hampton (Serv cer)

**Subject:** Loss M t gat on Rev ew

**Message:**

He o,

 here s no update at th s t me

 hank you,

Ken Hampton

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| Date | Activity By | Action Taken |
|---|---|---|
| 05/01/2019 04:31:04 PM E | Serv cer | Message Sent |

**From:** Er ca Haro (Serv cer)

**Subject:** Loss M t gat on Rev ew

**Message:**

He o,

We are st  rev ew ng at th s t me,  f you have any quest ons, p ease do not hes tate to ask  We w  cont nue to update the porta  w th deta  s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| Date | Activity By | Action Taken |
|---|---|---|
| 05/03/2019 10:12:09 AM E | Serv cer | Message Sent |

**From:** Pau ne Kunz (Serv cer)

**Subject:** Loss M t gat on Rev ew

**Message:**

He o,

We w  cont nue to mon tor the account and prov de updates through the DMM porta  as they become ava ab e  f you have any add t ona  quest ons don t hes tate to ask

 hank you,

Pau ne Kunz

Bankruptcy Spec a  st

Se ect Portfo o Serv c ng,  nc

| Date | Activity By | Action Taken |
|---|---|---|
| 05/08/2019 11:11:59 AM E | Serv cer | Message Sent |

| Date | Activity By | Action Taken |
|------|-------------|--------------|

**From:** Pau ne Kunz (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

 here s no update at th s t me

 hank you,

Pau ne Kunz

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

---

| 05/10/2019 11:21:24 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

We are st  rev ew ng at th s t me, f you have any quest ons, p ease do not hes tate to ask We w  cont nue to update the porta w th deta s and the status of the rev ew

 hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

---

| 05/14/2019 12:47:37 PM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** Loss M t gat on Rev ew
**Message:**
He o,

 here s no update at th s t me

 hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng, nc

---

| 05/17/2019 04:31:54 PM E | Attorney | Message Sent |
|---|---|---|

**From:** Amy Zema (Borrower Attorney)
**Message:**
 rece ved a etter today that SPS cons ders th s request for oan mod f cat on as w thdrawn because "our attempts to contact you to arrange for a property va uat on, wh ch s a requ rement for oss m t gat on rev ew, have been unsuccessfu "

 h s s the f rst  ve heard that you have tr ed to contact the borrower Can you te me how you tr ed to contact her? f you et me know exact y who when where needs to go to her home to va ue t, can certa n y he p to arrange that

P ease et me know

Amy

| Date | Activity By | Action Taken |
|---|---|---|

| 05/21/2019 10:39:10 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** RE: Message Sent
**Message:**

He o,

Phone number  sted to contact borrower  s 724 245 8693    went ahead and resubm tted mod f cat on rev ew  P ease prov de correct contact  nfo  f d fferent

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 05/21/2019 10:51:38 AM E | Attorney | Message Sent |
|---|---|---|

**From:** Amy Zema (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
724  963  6652 s ce  phone

724  245 8693  s  and  ne

P ease ca  both numbers    a ways get an answer or a ca  back w th n a few hours

  o acce erate th s process, p ease g ve me a number to g ve to the borrower so she can ca   d rect y and make arrangements

A so, hopefu  y you are aware that the  udge  ssued an order requ r ng Lender to subm t a status report

| 05/23/2019 11:32:42 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** RE: Message Sent
**Message:**

He o,

 hank you for ver fy ng the phone numbers  A so, mod f cat on was resubm tted on 5/21/2019  Because of the new workout subm ss on we w   need updated documentat on  P ease  et us know  f there are any quest ons on whats needed

 hank you,

Er ca Haro

Bankruptcy Spec a  st

Se ect Portfo  o Serv c ng,  nc

| 05/23/2019 03:32:43 PM E | Attorney | Message Sent |
|---|---|---|

| Date | Activity By | Action Taken |
|---|---|---|

**From:** Amy Zema (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**

What do you mean updated documentat on?   he ent re packet? P ease be spec f c and te  me exact y what  s needed

A so, have you contacted the borrower yet??

| 05/28/2019 11:32:31 AM E | Serv cer | Message Sent |
|---|---|---|

**From:** Er ca Haro (Serv cer)
**Subject:** RE: Message Sent
**Message:**

He  o,

Yes a comp ete packet  Documentat on needs to be dated w th n 90 days  Documentat on can be obta ned v a our webs te
www spserv c ng com  We w  need Request Mortgage Ass stance, 4506  form, Non ob gor Cred t Check Author zat on,  ax returns
2018 s gned and dated, proof of ncome, proof of occupancy, HOA statement f any, two most recent bankstatements,  here has not
been any contact w th the borrower  Borrower can ca  n and speak w th the r re at onsh p manager Estefan a Moreno at 800 258
8602 ext 36386

P ease  et us know f there are any quest ons

 hank you,

Er ca Haro

Bankruptcy Spec a st

Se ect Portfo o Serv c ng,  nc

© 2019  www dc mwp com