FILED
5/31/19 3:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| DENISE A. WARNICK | |
|          Debtor | BK.NO. 18-24276-GLT |
| DENISE A. WARNICK | Related Dkt. Nos. 31 and 39 |
|          Movant | |
| v. | |
| SELECT PORTFOLIO SERVICING | |
|          Respondent | |

### <u>ORDER</u>

Upon consideration of the Motion filed by Respondent, Select Portfolio Servicing, it is

**Ordered** and **Decreed** that the Motion is **granted**, and the Status Conference scheduled for June 5, 2019 is

hereby continued to July 3, 2019 at 11:00 a.m. in Courtroom A 54th Floor U.S. Steel Tower, 600 Grant St.
Pittsburgh, PA 15219.

Dated: 5/31/19

By the Court,

_____ J.
GREGORY L. TADDONIO hct
UNITED STATES BANKRUPTCY COURT

Consented to by:

*/s/ Amy L. Zema, Esquire*
Amy L. Zema, Esquire
2366 Golden Mile Highway, #155
Pittsburgh, PA 15239
Counsel for the Debtor

cm: James Warmbrodt, Esq.
      Amy Zema, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-24276-GLT
Denise A. Warnick                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1          Date Rcvd: May 31, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db            Denise A. Warnick,    164 Casey Drive,   New Salem, PA  15468

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
          Amy L. Zema    on behalf of Debtor Denise A. Warnick amy@zemalawoffice.com
          James  Warmbrodt    on behalf of Creditor    SELECT PORTFOLIO SERVICING as servicer for U.S. Bank
           National Association, as indenture trustee, for the CIM Trust 2016-2, Mortgage-Backed Notes,
           Series 2016-2 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 4