Case 18-24276-GLT    Doc 48    Filed 07/23/19    Entered 07/23/19 15:13:58    Desc Main
Document      Page 1 of 1

FILED
7/23/19 2:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24276-GLT |
| | : | Chapter: | 13 |
| Denise A. Warnick | : | | |
| | : | | |
| | : | Date: | 7/23/2019 |
| Debtor(s). | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER:**   Con't Status Conference:
   # 31 Motion to Extend the Loss Mitigation Period
      # 36 - Loss Mitigation Status Report filed by Select Portfolio Servicing
      # 40 - Exhibit Portal History filed by Select Portfolio Servicing
      # 46 - Status Report filed by Select Portfolio Servicing

**APPEARANCES:**
   Debtor:   Amy L. Zema
   SPS:    James Warmbrodt

**NOTES:**

Zema: There was an offer made yesterday by the mortgage company. I need some time to review it and go over it with my client but I think we will not have any problem.

Court: Is the offer contingent on the resolution of the title issue?

Warmbrodt: It is not contingent. It is a final loan modification offer.

**OUTCOME:**

1. On or before August 16, 2019, Debtor shall file either (a) a motion to approve final loan modification, or (b) a final report of loss mitigation (Text order to issue).

2. The Loss Mitigation Period is extended through October 7, 2019 (Text order to issue).

3. The status conference is concluded (Text order to issue).

**DATED:**  7/23/2019