**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DENISE A. WARNICK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-24276 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/01/2018 and confirmed on 12/12/2018 . The case was subsequently  (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,383.83 |
| Less Refunds to Debtor | 779.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,604.33 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,819.24 | |
| Trustee Fee | 343.32 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,162.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK NA - INDENTURE TRUSTEE FOR<br>Acct: 2750 | 0.00 | 5,131.77 | 0.00 | 5,131.77 |
| US BANK NA - INDENTURE TRUSTEE FOR<br>Acct: 2750 | 4,403.53 | 0.00 | 0.00 | 0.00 |
| CVI SGP ACQUISITION TRUST<br>Acct: 7877 | 2,955.27 | 0.00 | 0.00 | 0.00 |
| US BANK NA - INDENTURE TRUSTEE FOR<br>Acct: 2750 | 34,823.95 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 6505 | 4,075.00 | 0.00 | 0.00 | 0.00 |
| | | | | 5,131.77 |
| **Priority** | | | | |
| AMY L ZEMA ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DENISE A. WARNICK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMY L ZEMA ESQ<br>Acct: | 3,250.00 | 1,819.24 | 0.00 | 0.00 |

| 18-24276 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DENISE A. WARNICK<br>Acct: | 779.50 | 779.50 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX6GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| COLLECTION SERVICE CENTER INC<br>Acct: FV2 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - COMENITY<br>Acct: 3389 | 565.19 | 0.00 | 0.00 | 0.00 |
| LENDING CLUB CORP<br>Acct: 2284 | 4,245.57 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 6505 | 593.06 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 113.76 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0002 | 179.48 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHIRLEY WARNICK<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                                  5,441.77

TOTAL CLAIMED
PRIORITY              310.00
SECURED            46,257.75
UNSECURED          5.697.06

Date: 09/24/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com