**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 18-24276-GLT |
| Denise A. Warnick, | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| | ) | Related to Doc. No. |

## STATEMENT REGARDING REQUIRED DOCUMENTS UNDER
## RULE 1019 FOR A CASE CONVERTED TO CHAPTER 7

AND NOW comes the Debtor by her attorney Amy L. Zema, Esquire, and file this Statement Regarding Required Documents Under Rule 1019 for a Case Converted to Chapter 7 representing as follows:

1. In accordance with Bankruptcy Rule 1019(5)(B)(I), Debtor has no additional creditors incurred after the commencement of the Chapter 13 case and before conversion.

2. In accordance with Bankruptcy Rules 1019(1)(A) and 1007(b), Debtor has filed all required statements and schedules.

3. In accordance with 11 U.S.C. §521(2)(A) and Bankruptcy Rule 1019(1)(B), Debtor not required to file a Statement of Intention since she has no secured debts.

4. This case converted before the final confirmation of a plan.

Dated: September 25, 2019                     /s/Amy L. Zema
                                              Amy L. Zema, Esquire
                                              PA ID: 74701
                                              2366 Golden Mile Hwy., #155
                                              Pittsburgh, PA 15239
                                              (412) 744-4450
                                              amy@zemalawoffice.com