Certificate Number: 12433-PAW-DE-033856165

Bankruptcy Case Number: 18-24276



12433-PAW-DE-033856165

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2019, at 11:06 o'clock AM EST, Denise Warnick completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 20, 2019            By:   /s/Candace Jones

                                     Name: Candace Jones

                                     Title: Counselor